

US006891633B1

(12) **United States Patent**
**Hayward et al.**

(10) **Patent No.:** **US 6,891,633 B1**
(45) **Date of Patent:** **May 10, 2005**

(54) **IMAGE TRANSFER SYSTEM**

(75) Inventors: **Ken Hayward**, Brockport, NY (US); **Marc J. Krolczyk**, Rochester, NY (US); **Dawn M. Marchionda**, Marion, NY (US); **Thomas L. Wolf**, Webster, NY (US); **James S. Laird**, Penfield, NY (US)

(73) Assignee: **Xerox Corporation**, Stamford, CT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/364,959**

(22) Filed: **Jul. 30, 1999**

(51) **Int. Cl.**[7] .......................... **G06F 13/00**; G06F 3/00; H04N 13/00

(52) **U.S. Cl.** ...................... **358/1.15**; 358/442; 715/825

(58) **Field of Search** ............................... 358/1.15, 442, 358/1.1, 1.17, 468, 444, 400; 379/100.01; 345/902; 715/825, 845

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,870,357 A * 9/1989 Young et al. ............... 324/158
5,021,892 A * 6/1991 Kita et al. .................. 358/468
5,048,078 A * 9/1991 Satomi et al. .............. 379/100
5,084,875 A 1/1992 Weinberger et al. ........ 371/291
5,270,821 A * 12/1993 Samuels ..................... 358/188
5,412,779 A * 5/1995 Motoyama .................. 395/275
5,499,108 A * 3/1996 Cotte ......................... 358/400
5,550,649 A * 8/1996 Wong et al. ................ 358/479
5,592,307 A * 1/1997 Murai ........................ 358/468
5,608,546 A * 3/1997 Nakamura et al. .......... 358/468
5,619,684 A * 4/1997 Goodwin et al. ............. 710/62
5,798,738 A 8/1998 Yamada ......................... 345/2
5,835,236 A * 11/1998 Barbari ....................... 358/442
5,845,057 A * 12/1998 Takeda et al. .............. 395/114
5,905,866 A * 5/1999 Nakabayashi et al. ...... 709/223
5,914,713 A * 6/1999 Nario et al. ................ 345/744
5,933,478 A * 8/1999 Ozaki et al. ............ 379/93.24
5,935,217 A * 8/1999 Sakai et al. ................. 709/249
5,946,457 A * 8/1999 Nakai et al. ................ 395/112
6,063,030 A * 5/2000 Vara et al. .................. 600/437
6,072,598 A * 6/2000 Tso ........................... 358/442
6,091,409 A * 7/2000 Dickman et al. ........... 345/847
6,154,214 A * 11/2000 Uyehara et al. ............ 345/863
6,157,194 A * 12/2000 Vassallo et al. ............. 324/322
6,219,709 B1 * 4/2001 Byford ....................... 709/227
6,301,586 B1 * 10/2001 Yang et al. .............. 707/104.1
6,332,153 B1 * 12/2001 Cohen ........................ 709/204
6,373,507 B1 * 4/2002 Camara et al. ............. 715/825
6,546,002 B1 * 4/2003 Kim .......................... 370/351
6,590,590 B1 * 7/2003 Wen et al. .................. 715/764
6,667,749 B2 * 12/2003 Sato .......................... 715/762
6,741,262 B1 * 5/2004 Munson et al. ............. 345/594

* cited by examiner

*Primary Examiner*—Madeleine Nguyen
(74) *Attorney, Agent, or Firm*—Perman & Green, LLP

(57) **ABSTRACT**

An electronic assembly comprising an image transfer device for reading and transferring an image from a first medium, and a computer. The image transfer device includes a reader for reading the image on the first medium, and a display for displaying an image transfer menu for affecting transfer of the image. The computer is removably connected to the image transfer device. When the image transfer device is not connected to the computer, the image transfer device has a first type of the image transfer menu available for display on the display of the device. When the image transfer device is connected to the computer, the transfer device has a second type of the image transfer menu available for display on the display of the device. The second type of menu includes enhanced features for operating the image transfer device which transparently use the computer processor and memory to effect an image transfer according to the enhanced features.

**26 Claims, 8 Drawing Sheets**





UI
DISPLAY
READER
CPU
MEMORY
PRINT HEAD
28
30
COMM. DEVICE
PSTN
LAN

FIG. 1



50
52
48
52
52
46
DISPLAY
46A
46C
46B
24
53
26
54
USER INTERFACE
56
20
CPU
12
DEFAULT PROGRAM
22
MEMORY
BASIC MENU
INSTR. CORRESPOND TO BASIC MENU
200
202
204

FIG. 2

U.S. Patent May 10, 2005 Sheet 3 of 8 US 6,891,633 B1

50
52'
52
52
52'
52'c
DISPLAY
24
26
UI
20
CPU
22A
DEFAULT PROGRAM
200
202
204
ENHANCED PROGRAM
210
ENHANCED MENU
212
INSTR. CORRESPONDING TO ENHANCED MENU
214
MEMORY
16A
60
14
12
36
32
BITMAP AND COORDINATES FOR
TIME AND DATE
COMPANY NAME
FIXED MESSAGE
LOGO
WATERMARK.
ADDED TELEPHONE NUMBERS
MEMORY
34A

FIG. 3

U.S. Patent May 10, 2005 Sheet 4 of 8 US 6,891,633 B1

COMPUTER IS CONNECTED VIA CABLE TO DEVICE CONNECTOR
P1
COMPUTER IS ENERGIZED AND ENABLES IMAGE TRANSFER DEVICE CPU TO DISPLAY ENHANCED OPERATING MENU.
P2
FIG. 4
α
α
RELAY MOVES TO CLOSED POSITION
P3
FIG. 4A
ENHANCED OPERATING MENU STORED IN DEVICE MEMORY IS LOADED IN CPU.
P4



50
52'
52
52
52'
52'c
DISPLAY
UI
20
CPU
228
DEFAULT PROGRAM
200
202
204
ENHANCED PROGRAM
210
ENHANCED MENU
212
INSTR. CORRESPONDING TO ENHANCED MENU
214
MEMORY
16B
12
14
36
32B
PLUG & PLAY POLLING (PROCESSOR)
BITMAP AND COORDINATES FOR
TIME AND DATE
COMPANY NAME
FIXED MESSAGE
LOGO
WATERMARK
(MEMORY)
34B

FIG. 5



a
COMPUTER PLUG & PLAY POLLING SENSES CABLE CONNECTION TO IMAGE TRANSFER DEVICE
P5
COMPUTER SENDS SIGNAL TO ENABLE DEVICE CPU TO LOAD ENHANCED MENU FROM DEVICE MEMORY.
P6

FIG. 6

COMPUTER SENSES CONNECTION TO IMAGE TRANSFER DEVICE
P7
COMPUTER UPLOADS ENHANCED MENU STORED IN COMPUTER MEMORY TO DEVICE CPU
P8

FIG. 8

U.S. Patent May 10, 2005 Sheet 7 of 8 US 6,891,633 B1

DISPLAY
USER INTERFACE
CPU
DEFAULT PROGRAM
BASIC MENU
INSTR. CORRESPOND TO BASIC MENU
MEMORY
PLUG & PLAY POLLING (PROCESSOR)
ENHANCED PROGRAM
ENHANCED MENU
INSTR. CORRESPONDING TO ENHANCED MENU
BITMAPS & COORDINATES FOR TIME & DATE
COMPANY NAME
FIXED MESSAGE
LOGO
WATERMARK
COMPUTER MEMORY

FIG. 7



USER ACTIVATES EXTENDED FUNCTION FROM ENHANCED MENU ON DEVICE DISPLAY
T1
READER READS THE IMAGE DISPOSED ON SHEET MEDIUM
T2
DEVICE UPLOADS BITMAP FROM COMPUTER MEMORY
T3
DEVICE MERGES BITMAP WITH IMAGE READ BY READER
T4
MERGED IMAGE IS PRINTED
T5

FIG. 9

# IMAGE TRANSFER SYSTEM

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an image transfer system and, more particularly, to an image transfer system comprising a transfer device which can be operably connected to a computer.

2. Prior Art

There are examples in the prior art of image transfer systems comprising an image transfer device coupled to one or more computers. One such example is U.S. Pat. No. 5,798,738 which provides a copying machine print manager system which comprises a terminal connected to a copying machine. Generally, copying machines in the prior are capable of performing only a given set of functions regardless of whether the copying machine is connected to a computer or not.

One object of the present invention is to provide a software and user interface (UI) solution for enriching personal and desktop copier feature sets by utilizing the processing power and memory capacity of a connected personal computer. In accordance with this goal, the present invention addresses the software and UI enablers that allow a document to be scanned at the multifunction device; the device sending the data to the PC to perform enriched copier/printer capabilities such as collation. The PC performs the enriched task and sends the new instructions back to the multifunction device for output. Another object of the present invention provides for initiation of the job to take place at the device, so the user need not know the PC is involved in the process. This invention also addresses feature buttons embedded in an UI display on the device which are visible and operational when a PC is connected to the device, and the underlying software that would enable them.

## SUMMARY OF THE INVENTION

In accordance with the first embodiment of the present invention, an electronic assembly is provided. The electronic assembly comprises an image transfer device for reading and transferring an image from a first medium, and a computer. The image transfer device includes a reader for reading the image on the first medium, and a display. The display displays an image transfer menu for effecting transfer of the image. The computer is removably connected to the image transfer device. When the image transfer device is not connected to the computer, the image transfer device has a first type of the image transfer menu available for display on the display of the device. When the image transfer device is connected to the computer, the transfer device has a second type of the image transfer menu available for display on the display of the device.

In accordance with a second embodiment of the present invention, a transfer apparatus is provided. The transfer apparatus has a reader for scanning information disposed on a first medium, and a controller connected to the reader. The transfer apparatus comprises a connector, and a display. The connector is connected to the controller for removably connecting a computer to the transfer apparatus. The display is connected to the controller for displaying menus comprising features for operating the transfer apparatus. The display displays a first one of the menus when the computer is not connected to the apparatus. The display displays a second one of the menus when the computer is connected to

the apparatus. The second menu comprises extended features for operating the apparatus in comparison to the first menu.

In accordance with a first method of the present invention, a method for transferring information from a first medium is provided. The method comprises the steps of providing an image transfer device, reading the image on the first medium, sending the image from the transfer device to a computer, automatically manipulating the image, and automatically sending the manipulated image from the computer to the transfer device. The image transfer device has a scanner for reading an image on the first medium. The manipulated image is sent from the computer to the transfer device without user interaction with the computer. The manipulated image is transferred from the transfer device to a second medium.

In accordance with a second method of the present invention, a method for enhancing operating features of a transfer device is provided. The transfer device is adapted for transferring information from a first medium to a second medium. The method comprises the steps of providing a first command menu of the transfer device, connecting a computer to the transfer device, and with the computer enabling the device to display a second command menu. The first command menu represents a first set of the operating features of the transfer device. The first menu is available for display on a display of the device when the computer is not connected to the transfer device. When the computer is connected to the transfer device, the computer enables the device to display the second command menu. The second command menu represents a second set of the operating features of the transfer device. The second set of operating features has expanded operating features in comparison to the first set of operating features of the transfer device.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing aspects and other features of the present invention are explained in the following description, taken in connection with the accompanying drawings, wherein:

FIG. **1** is a schematic diagram of an image transfer system incorporating features of the present invention;

FIG. **2** is a schematic diagram showing a computer, and the display, user interface, processor, and memory of an image transfer device of the image transfer system shown in FIG. **1**;

FIG. **3** is a schematic diagram of the computer, and the display, user interface, processor, and memory of the image transfer device of the system shown in FIG. **1**, in accordance with one embodiment of the present invention;

FIGS. **4**–**4**A are flow charts which graphically illustrate a first method in accordance with the present invention for providing the image transfer device with an enhanced operating menu;

FIG. **5** is a schematic diagram of the computer, and the display, user interface, processor, and memory of the image transfer device of the system shown in FIG. **1**, in accordance with a second embodiment of the present invention;

FIG. **6** is a flow chart which illustrates a second method in accordance with the present invention for providing the image transfer device with an enhanced operating menu;

FIG. **7** is a schematic diagram of the computer, and the display, user interface, processor, and memory of the image transfer device of the system shown in FIG. **1**, in accordance with a third embodiment of the present invention;

FIG. **8** is a flow chart which illustrates a third method in accordance with the present invention for providing the image transfer device with an enhanced operating menu; and

FIG. **9** is a flow chart which illustrates an image transfer procedure performed with the image transfer system shown in FIG. **1** in accordance with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIG. **1**, there is shown a schematic diagram of an image transfer system **10** incorporating features of the present invention. Although the present invention will be described with reference to the single embodiment shown in the drawings, it should be understood that the present invention can be embodied in many alternate forms of embodiments. In addition, any suitable size, shape or type of elements or materials could be used.

Still referring to FIG. **1**, the image transfer system **10** generally includes an image transfer device **12** and a computer **14**. The computer **14** is connected to the image transfer device **12** by a cable **36** which is removably mated to a connector **16** of the device **12**. The image transfer device **12** generally comprises a reader **18**, a central processing unit (CPU) **20**, a memory **22**, a display **24** and a user interface (UI) **26**. Preferably, the device **12** also includes a print head **28** and a communication device **30**. The reader **18** is adapted to read a printed image on medium **100**. The print head **28** is adapted to print an image on medium **102**. The communication device **30** is adapted to transmit and receive images between the device **12** and one or more image transfer devices **300** located at remote locations. The reader **18**, print head **28**, and communication device **30** are connected so that the reader **18** can send information to both the print head **28** and the communication device **30**. The communication device **30** can also send information to the print head **28**. The CPU **20** is connected to the reader **18**, the print head **28**, and the communication device **30**. The CPU **20** is capable of controlling the operation of the reader **18**, the print head **28**, and the communication device **30** in response to commands from a user. The user enters commands via the user interface **26** which is connected to the CPU **20**. The user selects the commands from a menu displayed on the display **24** of the device **12**. The CPU **20** of the image transfer device **12** is connected to the connector **16**. The reader **18**, print head **28**, and communication device **30** are also connected to connector **16**. The computer **14** generally includes a processor **32** and a memory **34**. The computer **14** may be part of a local area network (not shown). When the computer **14** is connected via cable **36** to the connector **16**, the CPU **20** can access the computer processor **32** and memory **34**. Also, when the cable **36** is connected to the connector **16**, the reader **18**, the print head **28**, and the communication device **30** are connected to the computer **14**. This allows the reader **18** to send information to the computer **14**, and allows the computer **14** to send information to the print head **28** and communication device **30** of the image transfer device **12**. Thus, the image transfer device may include a computer printer, a copier, a facsimile or an optical scanner capability. In the preferred embodiment, the image transfer device **12** performs as a multi-function device which includes one or more of the aforementioned capabilities. In alternate embodiments the device may have more or less than these four capabilities. The multi-function device **12** of the present invention is capable of operating, at least partially, as a stand alone device when the computer **14** is not connected to the device **12**; such as only a copier and/or only a facsimile machine. When the computer **14** is connected to the device **12**, the device **12** may use the software and memory of the computer **14** to perform one or more of the enhanced or extended capabilities of the device **12** as will be described in greater detail below.

In particular, the reader **18** of the device **12** is preferably an optical scanner capable of reading an image or pattern embodying information which is disposed on sheet medium **100**. In the preferred embodiment, the device **12** has an input area **40** in which the user places the sheet medium **100** for reading by the reader **18**. The input area generally includes a cover **41** for covering a glass platen (not shown) upon which the user places the sheet medium **100** with the image face **100A** down. The user may place the sheet medium **100** directly on the glass platen or may use a roller system (not shown) within the cover **41** to feed the sheet medium **100** to the glass platen from an input port **40I**. The reader **18** is generally located below the glass platen of the input area **40**. The reader **18** is orientated relative to the glass platen to scan the surface **100A** of the sheet medium **100** placed against the glass platen. In the preferred embodiment, the reader **18** is a movable reader which operates to optically scan the surface **100A** of the sheet medium **100** placed on the glass platen. For example, the reader **18** may travel along the length of the sheet medium **100** while scanning laterally across the face **100A** of the sheet medium **100**. In alternate embodiments, the device may have a static reader. In that case, a roller system may transport the sheet medium from the input area over the static reader in order for the reader to read the image on the sheet medium. After the reader **18** has finished reading the images on the sheet medium **100**, the sheet medium can be removed manually or output by the roller system (not shown) to an output port **40P** of the device **12**. During operation, the reader **18** converts the printed image on the sheet medium **100** to binary encoded data which can be sent electronically, as directed by the CPU **20** to the print head **28**, or the communication device **30**.

The print head **28** is generally capable of receiving an image in the form of binary data and of printing the image on sheet medium **102**. The device **12** has an input area **42** for placing sheet medium **102** prior to printing. An output area **44** holds the sheet medium **102** processed by the print head **28**. A sheet medium transport system (not shown), such as a roller system for example, inside the device **12** withdraws sheet medium **102** from the input area **42** and transports the sheet medium **102** to the print head **28**. The print head **24** prints the image on the sheet medium **102** and the transport system then moves the sheet medium **102** to the output area **44** of the device **12**.

The communication device **30** is generally a facsimile transceiver or modem which is coupled to a communication line **302** connecting the device **12** to other image transfer devices **300**. The communication line **302** may a land line such as for example a public switched telephone network (PSTN) or a local area network (LAN) line to which the other transfer devices **300** are connected. However, in alternate embodiments, the communication device may include the capability to communicate with the other image transfer devices over a cellular telephone network.

The communication device **30** is otherwise adapted to receive the binary data of the image read by the reader **18** and generate signals transmitting the image over the communication line **302** to one or more designated image transfer devices **300**. The image transfer devices **300** which receive the signals may then reproduce the transmitted image. The communication device **30** can in turn receive images over the communication line **302** from the image transfer devices **300**. The communication device **30** demodulates the signals forming the images and then may send the data as directed by the CPU **20** to the print head **28** for printing the images on sheet medium **102**.

The connector **16** of the image transfer device **12** is preferably a universal bus connector. In alternate

embodiments, the connector of the image transfer device may be a parallel port connector. The cable **36** for connecting the computer **14** to the device **12** has a connectorized end **37** adapted to be removably mated to the serial port connector **16**. The opposite end **38** of the cable **36**, which end is preferably also connectorized, is connected to a suitable input/output port (not shown) of the computer **14**. When the computer **14** is connected via cable **36** to the device **12**, image data can be sent from the reader **18** to the computer **14**. In addition, when the computer **14** is connected to the device **12**, data of an image formed with the computer **14** can be sent from the computer **14** to the print head **28** of the device **12**. Furthermore, image data generated with the computer **14** may also be sent to the communication device **30** for transmission over communication line **302** to one or more of the image transfer devices **300**. Conversely, image data generated by the communication device **28** of images received from one of the remote transfer devices **300**, may be sent under the control of the CPU **20** from the communication device **30** to the computer **14**.

The CPU **20** is programmed to control the operation of the reader **18**, the print head **28** and the communication device **30**. The CPU **20** controls the operational sequence of the reader **18**, print head **28** and communication device **30** as well as the flow of data therebetween. For example, when the image transfer device **12** is operating in a copier mode, the CPU **20** energizes the reader **18** to read the image on surface **100**A of the sheet medium **100**. The CPU **20** directs the data from the reader **18** to the print head **28** and queues the print head to print the image read by the reader **18** on sheet medium **102**. Concurrent with this, the CPU also operates the transport system transporting the sheet medium **102** from the input area **42** to the print head **28** and then to the output area **44** of the device. When the device **12** is operating in a facsimile sending mode, the CPU **20** operates the communication device **30** to make a connection with selected remote devices **300**. The CPU **20** then energizes the reader **18** to read the image on the sheet medium **100** and directs the data to the communication device **30** which sends the data to the remote device **300**. In the facsimile standby mode, the CPU **20** operates the communication device **30** to respond to a connection signal from a remote device **300** and form a connection. The CPU **20** may then direct the demodulated image signal received by the communication device **32** to the print head **28** and queue the print head for printing the image on sheet medium **102**. The CPU **20** also controls operations of the device **12** when the computer **14** is connected to the device. For instance, when the device **12** is in a scanner mode, the CPU **20** energizes the reader **18** and sends the image data from the reader to the computer. When the device **12** is in a printer mode, the CPU **20** queues the print head for printing and directs image data from the computer **14** to the print head **28**.

The user uses the display **24** and the user interface **26** to operate the image transfer device **12**. Referring now also to FIG. **2**, the display **24** of the image transfer device **12** is preferably a LCD though any other suitable type of display may be used. Operation of the display **24** is controlled by the CPU **20**. The display **24** comprises display zones **46** in which the CPU **20** brings up operational and device status information on the display **24**. For example, the CPU **20** is capable of counting the pages processed by the reader **18** and the print head **28** and may display the reader page count in zone **46**A on the display and the print head page count in zone **46**B of the display **24**. The CPU **20**, in accordance with its programming, may further activate LCD pixels of the display in order to present pre-programmed indicia in zone **46**C which indicate to the user various housekeeping functions of the device **12**. Such indicia may include for example, a symbol indicating that a paper jam has occurred, or a symbol indicating that maintenance should be performed on a portion of the device **12** such as the reader **18** or the print head **24**. The CPU **20** may be programmed to control the LCD pixels of the display **24** to also display messages. The CPU **20** is further programmed to display an operating menu **48** on the display **24** of the transfer device **12**. The operating menu comprises commands which designate functions of the device **12**. In the preferred embodiment, the LCD display **24** of the device **12** incorporates an active or touch display **50**. The CPU **20** displays the operating menu **48** of the device within the touch display **50**. The operating menu **48** includes feature or command buttons **52** disposed on the touch display **50**. The user may activate and deactivate, one or more of the command buttons **52** by touching the desired buttons **52** shown on the display **50**. The user may also activate or deactivate the command buttons **52** of the operating menu by using the user interface **26** of the device **12**. As shown in FIG. **2**, the user interface **26** generally includes a numerical keypad **54**, a track ball **56** and function keys **58** corresponding to the command buttons **52** of the menu on the touch display **50**. The track ball **56** allows the user to move a pointer (not shown) which the CPU **20** displays on the display **50**. The user may thus select one of the command buttons **52** by moving the pointer to the desired button and striking an enter or register key (not shown) on the user interface **26** which activates or deactivates the button **52**. The user may also activate or deactivate a command button **52** by striking a predetermined key **58** on the user interface **26** which corresponds to the desired button **52**. In alternate embodiments, the display of the device need not be a is touch display, in which case the command features of the operating menu shown on the display may be activated and deactivated by using the keys and track ball of the user interface. The CPU **20** senses activation or deactivation of the command buttons **52** and changes the display **50** to shown that the selected buttons **52** have been activated or deactivated as appropriate. Activation of the command buttons **52** of the operating menu shown on the display **50** sends the commands corresponding to the activated buttons to the CPU **20** which in turn proceeds to control the operation of the device in accordance with the received commands. Deactivation of the command buttons **52** deletes the corresponding operative commands from the CPU **20**.

The software used by the CPU **20** is stored in the memory **22** of the device **12**. In addition to storing the software used by the CPU **20**, the memory **22** may also have memory space for storing data sent from the reader **18**, the communication device **30**, or the computer **14** when the computer is connected to the device **12**. In general, the software stored in the memory **22** includes a default or basic program **200** for operating the image transfer device **12**. The basic program is loaded in the CPU **20** when the CPU **20** is initialized and the computer **14** is not connected via cable **36** to connector **16** of the device **12**. The basic program **200** has a module **202** which defines the basic operating menu available for display by the CPU **20** on the display **50** when the computer **14** is not connected to the device **12**. The basic program **200** also includes a program module **204** which provides instructions to the CPU **20** for controlling the functions of the device **12** corresponding to the commands within the basic operating menu.

One example of the features of the basic operating menu available for display by the CPU **20** as defined by program module **202** are listed in Table 1 below.

TABLE 1

| I. Mode | | | | |
|---|---|---|---|---|
| 1. COPIER | | | | |
| II. ORIGINAL TYPE | | | | |
| 1. AUTO* | 2. TEXT | 3. PHOTO | | |
| III. MAINTENANCE | | | | |
| 1. CLEAN PRINT HEAD | 2. PRINT TEST PAGE | 3. ALIGN PRINT HEAD | 4. RESET PRINTER | 5. INK LEVELS A. Black B. Cyan C. Magenta D. Yellow |
| IV. PRINT DEMO | | | | |
| V. DEFAULTS | | | | |
| 1. Feature Defaults A. Some new B. Reset | 2. Program Time-out A. 60 sec.* B. 90 sec. | 3. Sleep Mode A. 5 min* B. 10 min | 4. Paper Size A. Latter* B. AA | 5. Reset Factory |
| VI. LANGUAGE | | | | |
| Language 1 | Language 2 | Language 3 | Language 4 | Language 5 |
| 2. FACSMILE | | | | |
| II. ORIGINAL TYPE | | | | |
| 1. AUTO* | 2.TEXT | 3. PHOTO | | |
| III. TELEPHONE NUMBERS | | | | |
| NO. 1 NO. 4 | NO. 2 NO. 5 | NO.3 NO.6 | NO. 4 NO. 7 | NO. 5 NO. 8 |
| V. DEFAULTS | | | | |
| 1. Feature Defaults A. Some new B. Reset | 2. AUTO REDIAL A. 3 min* B. 5 min | 2. Program Time-out A. 60 sec.* B. 90 sec. | 3. Sleep Mode A. 5 min* B. 10 min | 4. Paper Size A. Latter* B. AA |
| VI. LANGUAGE | | | | |
| Language 1 | Language 2 | Language 3 | Language 4 | Language 5 |

*Default Settings

As can be seen from Table 1, in the preferred embodiment, the structure of the basic operating menu is generally organized based on selection categories. Each selection category further includes one or more selection command options. For example, the basic operating menu in the preferred embodiment has a Mode selection category which is labeled as selection category I in Table 1. The Mode selection category includes command options for: 1) "Copier", and 2) "Facsimile" modes which respectively allow the user to select the operating mode of the device **12** as either a copier or facsimile. In the "Copier" mode, the basic operating menu further includes: selection category II "Original Type"; selection category III "Maintenance"; selection category IV "Print Demo"; selection category V "Defaults"; and selection category VI "Language". Selection category II "Original Type" includes: command option **1** "Auto"; command option **2** "Text"; and command option **3** "Photo", which allow the user to input the type of original to be read by the reader. Selection category III "Maintenance" includes command options **1–5** which allow the user to select between five device maintenance functions as labeled in Table 1. Selection category V "Defaults" of the basic operating menu listed in Table 1 includes command options **1–5**. The first four command options which include: command option **1** "Feature Defaults"; command option **2** "Program Time-out"; command option **3** "Sleep Mode"; and command option **4** "Paper Size" have two settings. The "Program Time-out", "Sleep Mode", and "Paper Size" command options have a default setting indicated by the * symbol in Table 1. Selection category VI "Language" of the "Copier" mode listed in Table 1, includes command options **1–5** which allow the user to select the language used for displaying information on display **24** including the options of the operating menu.

The "Facsimile" mode of the basic operating menu listed in Table 1 includes substantially the same selection categories as the "Copier" mode of the basic menu. However, the "Facsimile" mode of the basic operating menu also includes selection category III "Telephone Numbers" comprising command options **1–8**. This feature of the basic menu allows the user to automatically dial from up to, for example, eight telephone numbers stored in the memory **22** of the device **12**. The features of the basic command menu listed in Table 1 are merely examples of the type of features which may be available in the basic operating menu of the device **12**. In alternate embodiments, the basic operating menu of the image transfer device may include more features or fewer features depending on device characteristics such as available memory space, capabilities of the CPU and size and type of the display. In other alternate embodiments, the structure of the basic operating menu of the device need not be as shown in Table 1, but rather any suitable organization of the basic operating menu features may be employed.

The CPU **20** displays the selection categories and command options of the basic operating menu listed in Table 1, as command buttons **52** on touch display **50** of the device **12**. The command buttons **52** on the touch display **50** have indicia to indicate the selection category or command option corresponding to respective buttons **52**. The command buttons corresponding to default settings of the operating menu (see Table 1) may appear when initially displayed in a manner to indicate to the user that the corresponding command options are default options. In the preferred embodiment, the selection categories of the basic operating menu (i.e. categories I–VI in Table 1) are generally displayed first. The command options within each category are hidden when the selection categories of the operating menu are displayed. To display the command options, if any, of a desired selection category on the display **50**, the user touches the corresponding command button **52**. The CPU **20** then changes the display **50** to show command buttons which represent the command options included in the selected category of the operating menu. In alternate embodiments, the structure of the basic operating menu may be displayed in any suitable manner such as displaying one or more selection categories and their command options at the same time.

Referring now to FIGS. **1** and **3**, in accordance with one embodiment of the present invention, an enhanced program **210** for operating the image transfer device **12** is stored in the memory **22** of the device. (Similar reference numbers are used in FIGS. **1**, **3**, **5** and **7** to designate similar features.) The enhanced program **210** includes a program **212** which defines an enhanced operating menu to be displayed by the CPU **20** on the touch portion **50** of the device display **24**.

Similarly to the default program **200**, the enhanced program **210** also includes a program module **214** embodying instructions for the CPU **20** to control the functions of the image transfer device **12** corresponding to the commands within the enhanced operating menu in program module **212**. As will be described in greater detail below, the enhanced program **210** is available for loading in the CPU **20** when the computer **14** is energized and connected via cable **36** to the connector **16**A of the device **12**. When the cable **36** is not connected to connector **16**A, or the computer **14** is not energized, the enhanced program **210** stored in the memory **22**A cannot be accessed or loaded in the CPU **20** of the device **12**. Thus, the enhanced operating menu defined by program module **212** is available to be displayed by the CPU **20** on the display **50** of the device **12** when the computer **14** is energized and connected to the device **12**. Otherwise, the basic operating menu in program module **202** of the default program **200** is available for display by the CPU **20**.

In this embodiment, the connector **16**A includes an electromechanical relay **60** or other suitable switching device. The relay **60** is adapted to be moved to the closed position, shown in FIG. **3**, when the computer cable **36** is mated to the connector **16**A and the computer **14** is energized. Otherwise, the relay **60** in the connector **16**A of the device **12** is in an open position (not shown). When the relay **60** is in the closed position, the CPU **20** becomes enabled to access and load the enhanced program **210** stored in the memory **22**A of the device **12** thus making the enhanced operating menu in program module **212** available for display.

FIG. **4** is a flow chart which graphically illustrates the method for providing the device **12** with the enhanced operating menu. In block P1 of the flow chart in FIG. **4**, the computer cable **36** is connected to the connector **16**A of the device **12**. In block P2, the computer **14** is energized. This enables the CPU **20** of the device **12** to display the enhanced operating menu on the display **50** of the device as illustrated in the flow chart of FIG. **4**A. The starting condition in the flow chart of FIG. **4**A, represented by $\alpha$, is that the computer **14** is connected via cable **36** to the device **12** and the computer **14** is energized. As stated earlier, the relay **60** in the connector **16**A (see FIG. **3**) moves to the closed position, block P3 of FIG. **4**A, when the computer cable **36** is connected to the connector **16**A and the computer is energized. The closing of the relay **16** enables the CPU **20** to now access and load the enhanced program **212** stored in the memory **22**A of the device. Thus, in block P4 of FIG. **4**A, the enhanced program **210** which includes program module **212** for displaying the enhanced operating menu is loaded in the CPU **20**. Preferably, the CPU **20** has a loading program which automatically loads the enhanced program **210** from the memory **22**A when the relay **60** is closed. Alternatively, after the relay is closed, the user may instruct the CPU via the user interface of the device to load the enhanced program from the memory module. After the enhanced program is loaded in the CPU **20**, the enhanced operating menu defined by program module **212** is then available to be displayed on touch display **50** of the device **12**. In the preferred embodiment, the user may select via a button on the touch display **50** or the user interface **26** whether the enhanced menu or the basic menu is to be displayed, though in alternate embodiments, the enhanced menu may be automatically displayed thereby replacing the basic menu on the display. Program module **214** included in the enhanced program **210** loaded in the CPU **20** provides program instructions to the CPU **20** so that the CPU is now capable of operating the device **12** according to the features of the enhanced operating menu.

One example of the features of the enhanced operating menu are listed in the Table 2 below.

TABLE 2

| | | | | |
|---|---|---|---|---|
| I. Mode | | | | |
| 1. COPIER | | | | |
| II. ORIGINAL TYPE | | | | |
| 1. AUTO* | 2. TEXT | 3. PHOTO | | |
| III. MAINTENANCE | | | | |
| 1. CLEAN PRINT HEAD | 2. PRINT TEST PAGE | 3. ALIGN PRINT HEAD | 4. RESET PRINTER | 5. INK LEVELS A. Black B. Cyan C. Magenta D. Yellow |
| IV. PRINT DEMO | | | | |
| V. DEFAULTS | | | | |
| 1. Feature Defaults A. Some new | 2. Program Time-out A. 60 sec.* | 3. Sleep Mode A. 5 min* | 4. Paper Size A. Latter* | 5. Reset Factory |
| B. Reset | B. 90 sec. | B. 10 min | B. AA | |
| VI. LANGUAGE | | | | |
| Language 1 | Language 2 | Language 3 | Language 4 | Language 5 |
| VII. COLLATION | | | | |
| VIII. TIME & DATE STAMP | | | | |
| IX. COMPANY NAME | | | | |
| X. FIXED MESSAGE | | | | |
| XI. LOGO | | | | |
| XII. PAGE NUMBERING | | | | |
| XIII. WATERMARK | | | | |
| 2. FACSMILE | | | | |
| II. ORIGINAL TYPE | | | | |
| 1. AUTO* | 2.TEXT | 3. PHOTO | | |
| III. TELEPHONE NUMBERS | | | | |
| NO. 1 | NO. 2 | NO. 3 | NO. 4 | NO. 5 |
| NO. 4 | NO. 5 | NO.6 | NO. 7 | NO. 8 |
| V. DEFAULTS | | | | |
| 1. Feature Defaults A. Some new | 2. AUTO REDIAL A. 3 min* | 2. Program Time-out A. 60 sec.* | 3. Sleep Mode A. 5 min* | 4. Paper Size A. Latter* |
| B. Reset | B. 5 min | B. 90 sec. | B. 10 min | B. AA |
| VI. LANGUAGE | | | | |
| Language 1 | Language 2 | Language 3 | Language 4 | Language 5 |
| VII. COLLATION | | | | |
| VIII. TIME & DATE STAMP | | | | |
| IX. COMPANY NAME | | | | |
| X. FIXED MESSAGE | | | | |

TABLE 2-continued

| I. Mode |
| --- |
| XI. LOGO |
| XII. PAGE NUMBERING |
| XIII. WATERMARK |

The features of the enhanced operating menu listed in Table 2 are exemplary of the type of features which may be otherwise available to an image transfer device. In alternate embodiments, the enhanced operating menu of the device may include a greater or a fewer number of features than those listed in Table 2. As can be seen from Table 2, the enhanced operating menu of the image transfer device **12** of the present invention has extended features which are not included in the basic operating menu listed in Table 1. In this case, the enhanced menu also includes generally all the features of the basic operating menu, though in alternate embodiments, the enhanced menu include only some of the features in the basic operating menu of the device. The extended features of the enhanced operating menu include: selection category VII "Collation"; selection category VIII "Time & Date" stamp; selection category IX "Company Name"; selection category X "Fixed Message"; selection category XI "Logo"; selection category XII "Page numbering"; and selection category XIII "Watermark". Also, the number of programmable telephone numbers has been expanded in comparison to the basic operating menu in Table 1. The enhanced operating menu may further include a printer and a scanner operating mode not shown in Table 2. Referring still to FIGS. **1** and **3**, the extended selection categories of the enhanced operating menu appear on the device display **50** as command buttons **52**'. Command buttons **52** in the display **50** continue to represent the selection categories of the basic operating menu which are repeated in the enhanced menu being displayed.

In this embodiment of the present invention, some data used to effect image transfer with device **12** according to the enhanced menu features is stored in the memory **34**A of the computer **14**. By way of example, such data may include bitmaps representing time and date stamps, fixed messages, logos or watermarks to the added to the images as well as the coordinates for printing the bitmaps on sheet medium **102** (see FIG. **1**). In addition, telephone numbers in excess of the number provided with the basic operating menu may also be stored in the computer memory **34**A.

When an image transfer is to be performed according to an extended function of the device **12**, the CPU **20** interfaces with the computer **14** to upload the corresponding data from the computer memory **34**A. This process is illustrated in the flow chart shown in FIG. **9**. First, in block T**1**, the user selects the desired features an initializes the device **12** from the enhanced operating menu on display **50**. For example, in the case where the copier mode of the device **12** is selected and the user wishes to add a fixed message, such as "Confidential Document", to the copied image, the user touches the appropriate command button **52**'C (see FIG. **3**) representing the "Fixed Message" feature (selection category X in Table 2) of the enhanced operating menu. In block T2 of FIG. **9**, the reader **18** (see also FIG. **1**) reads the image on sheet medium **100**. Activation of the command button **52**'C causes the CPU **20** of the device **12** to upload the bitmap for the message (e.g. "Confidential Document") stored in the computer memory **34**A, block T3 of FIG. **9**. The CPU **20** also uploads from the computer memory **34**A the coordinate data indicating where the message is to be printed on sheet medium **102**. The CPU **20** then, in block T4, merges the bitmap with the image data from the reader **18** of the device **12** such that the image printed by the print head **28** on the sheet medium **102**, block T**5** of FIG. **9**, includes the message "Confidential Document" in the desired location. A similar method may be used to add the time and date stamp, a company name, a logo or a watermark to images being transferred from the reader **18** to the print head **28** of the image transfer device **12**. Bitmaps may also be added in a substantially similar manner to images received by the communication device **30** (see FIG. **1**) over communication line **302** which are to be printed by the device **12**. Preferably, the uploaded information stays with the device **12** even if the computer is de-energized or is disconnected from the connector **16**.

Referring now to FIGS. **1** and **5**, in accordance with a second embodiment of the present invention, the computer **14** of the image transfer system **10** has a processor **32**B which is programmed to have a "Plug and Play" polling capability. "Plug and Play" polling allows the computer processor **32**B to sense, by means of a polling signal, when the computer **14** is connected to the image transfer device **12** of the image transfer system. In this embodiment, the connector **16**B of the device **12** need not include a relay to signal the device CPU **20** that the computer **14** is connected to the device **12**. Rather, as illustrated in the flow chart of FIG. **6**, in this embodiment when the computer processor **32**B senses that the computer **14** is connected via cable **36** to the connector **16**B of the device **12**, block P**5**, the processor **32**B sends an electronic signal to the device CPU **20**, block P**6**. The electronic signal enables the CPU **20** to load the enhanced program **212** from the memory **22**B of the device **12**. For example, the CPU **20** may be programmed such that upon receiving the electronic signal from the computer **14**, the CPU **20** is to initiate its loading program and load the enhanced program **210** from the device memory **22**B. The CPU **20** does not load the enhanced program **210** until it receives the electronic signal from the computer **14**. Alternatively, the computer processor **32**B may be programmed to incorporate instructions in the electronic signal sent to the CPU **20**, upon connection of the cable **36** to the device connector **16**B, which instructions program the CPU **20** to load the enhanced program **210** from the device memory **22**B. After the enhanced program **210** is loaded in the CPU **20**, the enhanced operating menu in program module **212** is available for display on display **50** as described previously.

FIG. **7** shows a schematic diagram of the computer **14** and the CPU **20**, memory **22**C, user interface **26**, and display **24** of the image transfer device **12** in accordance with a third embodiment of the present invention. In this embodiment, the enhanced program **210**C for operating the image transfer device **12** is stored in the computer memory **34**C. The enhanced program **210**C includes the module **212** for displaying the enhanced menu on the display **50** and the module **214** with program instruction for operating the device **12**. The default program **200** embodying the basic operating menu of the device (program module **202**) is stored in the memory **22**C of the device **12**. As with the previously described embodiments of the present invention, the default program, and hence, the basic menu is loaded in the CPU **20** of the device **12** when the computer **14** is not connected to the device connector **16**C. The method in which the enhanced operating menu is made available for display on the display **50** of the device **12** is graphically illustrated in

the flow chart of FIG. **8**. In this embodiment, the computer processor **32**C has the "Plug and Play" polling capability, and thus, in block **P7** of FIG. **8**, the computer processor senses when the computer is connected to the device **12**. Afterwards, in block **P8** the processor **32**C uploads the enhanced program **210**C, including the module **212** with the enhanced operating menu, to the CPU **20** of the device **12**. This enables the CPU **20** to display the enhanced operating menu stored in the computer memory **34**C on the display **50** of the device **12**. The enhanced operating menu in program module **212** available for display on display **50** has substantially the same features as listed in Table 2.

The program instructions in program module **214** for operating the device **12** in accordance with the extended image transfer command options of the enhanced operating menu are also uploaded, at least in part, by the computer processor **32**C to the device CPU **20**. In this embodiment, the device CPU **20** may use the computer processor **32**C, and memory **34**C to effect some of the extended image transfer functions in the enhanced operating menu listed in Table 2. The CPU **20** may effect one or more of the extended image transfer command options of the enhanced operating menu of the image transfer device **12** using the following procedure. The reader **18** (see FIG. **1**) is operated by the CPU **20** to read an image disposed on sheet medium **100**. The CPU **20** then downloads the image data from the reader **18** to the computer processor **32**C. In conjunction with this, the CPU **20** preferably also sends a signal to the computer processor **32**C indicating which of the extended command options of the enhanced menu is to be performed. By way of example, the user may select from the enhanced menu to operate the device **12** in the copier mode with collation of copies (selection category VII in Table 2), and accordingly touches the appropriate command buttons on the touch display **50**. The CPU **20** recognizes activation of these commands and sends a signal to the computer processor **32**C indicating that collating function is to be performed. Upon receiving the image data downloaded by the CPU **20**, the computer processor **32**C automatically manipulates the image data in a manner consistent with effecting the selected image transfer function identified by the signal from the CPU **20**. Then, the computer processor **32**C automatically sends the now manipulated data back to the device **12** without user interaction. The CPU **20** routes the manipulated data to the print head **28** of the device **12** for printing on sheet medium **102**, or to the communication device **30**. For example, in the case of the collating function mentioned above, the computer processor **32**C automatically stores the series of images read by the reader **18** and then generates sequential copies of the series of images in order to form a collated series of images in electronic form. This step is performed by the processor **32**C without user interaction to create the collated images. Then, the computer processor **32**C automatically sends each series of images to the print head **28** of the device **12** also without user interaction. Each series of images received by the print head **28** is printed on sheet medium **102** to form printed collated images. In the case where the user chooses from the enhanced menu on display **50** to add a fixed message to printed copies, the computer processor **32**C automatically merges the bitmap for the fixed message from the computer memory **34**C with the image data downloaded from the reader **18** (see FIG. **1**). The computer processor **32**C automatically accesses the bitmap from the memory **34**C and merges the bitmap with the image data without user interaction. The manipulated data is then automatically sent to the print head **28** without user interaction for printing the image and the fixed message on sheet medium **102**.

The present invention provides a stand alone image transfer device equipped with minimal memory and processing capabilities to perform basic image transfer operations, which when connected to a computer such as a PC, can be quickly expanded to have an extended number of advanced function which generally are not available in an image transfer device of that size. The image transfer device in the present invention uses, to its advantage, the larger processing and memory capacity of the computer to carry out image transfer functions which otherwise could not be performed using only the in-built capabilities of the image transfer device.

The multi-function device **12** connectable to the PC **14**, can operate, at least partially, as a stand alone device when not connected to the PC. The multi-function device **12** includes a printer, and/or a copier, and/or a facsimile and/or a optical scanner capability. For example, the device **12** may be able to function as a fax machine when not connected to the PC **14**, but when connected to the PC it can function as both a fax machine and a computer printer. The PC **14** has the software and the memory which the device **12** uses, at least partially, to perform the new function.

In this invention, the device **12** has internal menu features as a stand alone unit, but when connected to the PC **14** extended menu features are now accessible/visible on the device control panel. The extended features disappear when the device is disconnected from the PC **14**. One means for sensing connection and disconnection between the PC **14** and the device **12** is be using a cable **36** with USB (universal serial bus) connectors and "Plug & Play" polling. The internal menu features and possible sub-menu options are listed in Table 1. The list of extended menu features which can appear on the display of the device **12** when it is connected to the PC to become a fax/printer/copier with enhanced copier features is provided in Table 2. The extended menu features are not accessible or even visible on the display of the device when it is not connected to the PC.

The computer **14** has software to send instruction script to the device **12** when they are connected to each other to display the extended menu features, and software and memory of the PC to help execute those extended features. This invention provides the advantage of the device having internal minimal memory and menu displays to reduce the cost of the device, but uses or borrows the software and memory of the PC (without the user really knowing it, but he could) and add new user selectable/accessible/viewable menu functions to the control panel display **50** of the device **12**. In addition the PC **14** uploads a bitmap, such as a logo, an extra menu selection display feature for the bitmap, and coordinates for printing the bitmap on the paper. The upload would stay with the device **12** even if the PC **14** is disconnected from the device. This provides the advantage of faster printing of the indicia because the device **12** does not have to go back to the PC **14** for the indicia each time it is to be printed. Further variations of the indicia could be at the PC **14** and accessible by the menu display at the device **12** when the device is connected to the PC. Thus, when connected to the PC the user could select different variations of indicia such as selecting "Attorney—Client Privilege" (indicia **2**) rather than "CONFIDENTIAL DOCUMENT" (indicia **1**).

In this invention the extra menu functions can be stored in the device and merely enabled for viewing on the display **50** of the device **12** when connected to the PC **14**. When not connected to the PC, the extra menu display of the features would still be in the memory of the device, but not accessible/viewable by the user (because they would not be able to be selected for use without connection to the PC).

There is insufficient memory in the multifunction device to perform extended functions such as collation, but because the multifunction device **12** in this invention is attached to the PC **14**, the user can scan the information of the reader **18**, send the scanned data to the PC **14** to do the extended or enriched task, such as collation and reformat the document as a collated set of prints, and send the reformatted data and new instructions bask to the multi-function (MF) device print head **24**. Initiation of the job takes place at the device, so the user need not know the PC is involved in the process. That is, the device **12** is "smart" enough to know it has extra capabilities because a PC **14** is attached to it. This involves interaction with new features/functions that become visible/available at the device when, on install, the device CPU **20** software "sees" a PC in the configuration, and those extra capabilities will be available through the touch display **50** on the device. Extended feature buttons are embedded in an LCD UI **50** on the device **12** that are visible and operational when the PC **14** is connected to the device.

One of the significant cost factors in the manufacture of multi-function devices has been the cost of memory. In order to provide the multi-function devices of the prior art with the ability to perform extended functions, such as collating, pagination, or addition of logos or messages, the size of the internal memory was increased with a resultant significant increase in the cost of the devices. To reduce the cost of the devices in the prior art, the internal memory size was cut which limited the capabilities of the low cost devices to performing only basic functions such as mere copying or faxing without any enhancement. In other words, in the prior art low cost meant small memory, and hence, only basic functions. One of the significant advantages of the present invention is that it solves the cost versus features conundrum by borrowing the processing power and memory capacity of a PC **14** to extend and enhance the functions of the multi-function device **12**. Thus, the present invention eliminates the need for larger memory in the devices **12**, thereby allowing the cost of the devices **12** to remain small in comparison to multi-function devices of the prior art which a capable of performing similar extended or enhanced functions.

It should be understood that the foregoing description is only illustrative of the invention. Various alternatives and modifications can be devised by those skilled in the art without departing from the invention. Accordingly, the present invention is intended to embrace all such alternatives, modifications and variances which fall within the scope of the appended claims.

What is claimed is:

**1**. An electronic assembly comprising;

a first image transfer device for reading and transferring an image from a first medium, the first image transfer device including a reader for reading the image on the first medium, and a display exclusively used by the image transfer device for displaying an image transfer menu for effecting transfer of the image between the first image transfer device and another image transfer device; and

a computer removably connected, to the first image transfer device;

wherein when the first image transfer device is not connected to the computer the first image transfer device has a first type of the image transfer menu available for display on the display of the device, and wherein when the first image transfer device is connected to the computer the transfer device has a second type of the image transfer menu available for display on the display of the device wherein a first portion of the second type of the image transfer menu is stored in the computer.

**2**. An electronic assembly in accordance with claim **1**, wherein the first image transfer device is at least one of a copier, a fax machine, or a printer.

**3**. An electronic assembly in accordance with claim **1**, wherein the first image transfer device includes a processor for controlling operation of the device, a memory for storing the first type of the image transfer menu, and a user interface for accessing one of the types of image transfer menu displayed on the display.

**4**. An electronic assembly in accordance with claim **3**, wherein another portion of the second type of the image transfer menu is stored in the memory of the first image transfer device, the processor being programmed to display on the display the first type of the image transfer menu when the computer is not connected to the first image transfer device, and wherein the computer has software for enabling the processor of the device to display the second type of menu on the display of the device when the computer is connected to the first image transfer device.

**5**. An electronic assembly in accordance with claim **1**, wherein the second type of the image transfer menu includes expanded features for operating the image transfer device in comparison to features of the first type of the image transfer menu.

**6**. An electronic assembly in accordance with claim **1**, wherein the first type of the image transfer menu comprises a base set of features including at least one of a feature for selecting a type of original, a feature for selecting device maintenance settings, a feature for selecting device default settings, or a feature for selecting language settings, and wherein the second type of the image transfer menu comprises an expanded set of features, the expanded set of features including at least one of the features from the base set of features, and at least one extra feature not included in the base set of features.

**7**. An electronic assembly in accordance with claim **6**, wherein the image transfer device is a fax machine, and the extra feature is at least one of an extended phone log selection feature, or a delayed transmission selection feature.

**8**. An electronic assembly in accordance with claim **6**, wherein the extra feature is at least one of a feature for collating copies, a feature for adding a logo, a feature for adding a message, a feature for adding page numbering, or a feature for adding a watermark.

**9**. An electronic assembly in accordance with claim **1**, wherein the computer has software for communicating with the reader when the computer is connected to the reader and for receiving data read by the reader, and wherein the computer has software for manipulating the data received from the reader in accordance with a feature of the second type of the image transfer menu.

**10**. An electronic assembly in accordance with claim **1**, wherein the image transfer device is adapted to transfer the image to at least one of the computer connected to the image transfer device, another computer located at first remote site, or a printing device for printing the image on a second medium at a first remote site.

**11**. An electronic assembly in accordance with claim **1**, wherein the computer is adapted for sending a polling signal to determine if to determine if the computer is connected to the image transfer device, and wherein when the polling signal indicates that the computer is connected to the device, the computer uploads the second type of menu to the device.

**12**. An electronic assembly comprising;

an image transfer device for reading and transferring an image from a first medium, the image transfer device including a reader for reading the image on the first medium, and a display exclusively used by the image transfer device for displaying an image transfer menu for effecting transfer of the image; and

a computer removably connected to the image transfer device;

wherein when the image transfer device is not connected to the computer the image transfer device has a first type of the image transfer menu available for display on the display of the device,

and wherein when the image transfer device is connected to the computer the transfer device has a second type of the image transfer menu available for display on the display of the device,

and wherein at least a portion of the second type of the image transfer menu is stored in the computer.

**13**. An electronic assembly in accordance with claim **12**, wherein the processor is programmed to display on the display the first type of the image transfer menu when the computer is not connected to the image transfer device, and wherein the computer has software for sending information embodying the portion of the second type of the image transfer menu to the processor enabling the processor to display the second type of menu on the display of the device when the computer is connected to the image transfer device.

**14**. A transfer apparatus having a reader for scanning information disposed on a first medium, and a controller connected to the reader, the transfer apparatus comprising:

a connector connected to the controller for removably connecting a computer to the transfer apparatus; and

a display connected to the controller for displaying menus comprising features for operating the transfer apparatus;

wherein the display displays a first one of the menus when the computer is not connected to the apparatus, and wherein the display displays a second one of the menus when the computer is connected to the apparatus, the second menu comprising at least one feature of the first one of the menus and extended features for operating the apparatus in comparison to the first menu,

and wherein when the computer is connected to the apparatus the controller receives instructions from the computer that program the controller to load the second one of the menus.

**15**. A transfer apparatus in accordance with claim **14**, wherein the apparatus further comprises a memory for storing the first menu, and wherein the controller is programmed to display the first menu on the display of the apparatus when the computer is not connected to the apparatus.

**16**. A transfer apparatus in accordance with claim **15**, wherein the second menu is stored in the memory of the apparatus, and wherein the controller receives instructions from the computer enabling the controller to display the second menu on the display of the apparatus when the computer is connected to the apparatus.

**17**. A transfer apparatus in accordance with claim **14**, wherein the controller receives instructions from the computer embodying at least a portion of the second menu stored in the computer, and wherein the instructions received from the computer enable the controller to display the second menu on the display of the apparatus when the computer is connected to the apparatus.

**18**. A transfer apparatus in accordance with claim **14**, wherein the first menu has a predetermined number of features for operating the apparatus, and wherein the extended features of the second menu include at least one of the features from the first menu, and at least one extra feature not included in the first menu.

**19**. A method for transferring information from a first medium, the method comprising the steps of:

providing an image transfer device having a scanner for reading an image on the first medium;

reading the image on the first medium with the scanner;

automatically uploading electronic data including at least a portion of an image transfer menu to be displayed by the image transfer device to the transfer device from a computer connected to the transfer device;

with a processor of the image transfer device, automatically merging the electronic data with the image read by the scanner; and

transferring the merged image by the transfer device to a second medium.

**20**. A method in accordance with claim **19**, wherein the electronic data uploaded from the computer to the image transfer device stays with the image transfer device after the computer is disconnected from the image transfer device.

**21**. A method for enhancing operating features of a transfer device for transferring information from a first medium to a second medium, the method comprising the steps of:

providing a first command menu stored in a memory of the transfer device, the first command menu representing a first set of the operating features of the device, the first menu being available for display on a display of the device;

connecting a computer to the transfer device; and

with the computer, enabling the device to display a second command menu when the computer is connected to the device, the second command menu representing a second set of the operating features of the device, wherein the second set of operating features has at least one feature of the first set of operating features and expanded operating features in comparison to the first set of operating features of the device, and wherein a portion of the second command menu is stored on the computer.

**22**. A method in accordance with claim **21**, further comprising the step of storing the second menu in the memory of the transfer device.

**23**. A method in accordance with claim **21**, wherein the first menu has commands corresponding to the operating features in the first set of operating features, the first menu commands including at least one of a command for selecting a type of original, for selecting device maintenance settings, for selecting device default settings, or for selecting a display language setting.

**24**. A method in accordance with claim **21**, wherein the second set the operating features includes at least one of the operating features in the first set of the operating features, and wherein the second set of the operating features further includes at least one of an extended phone log feature, a delayed transmission selection feature, a collating feature, a message addition feature, a logo addition feature, a page numbering feature, or a watermark addition feature.

**25**. A method for enhancing operating features of a transfer device for transferring information from a first medium to a second medium, the method comprising:

providing a first command menu stored in a memory of the transfer device, the first command menu represent-

ing a first set of the operating features of the device, the first menu being available for display on a display of the device

connecting a computer to the transfer device; and

with the computer, sending instructions that program the device enabling the device to load and display a second command menu when the computer is connected to the device, the second command menu representing a second set of the operating features of the device, wherein the second set of operating features has expanded operating features in comparison to the first set of operating features of the device, and wherein at least a portion of the second menu is stored in a memory of the computer.

**26**. A method in accordance with claim **25**, where in the step of enabling comprises sending information from the computer to the device, which information embodies the portion of the second menu stored in the computer.

* * * * *